# United States District Court

DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO. 7
HEALTH & WELFARE FUND, ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-30005-KPN

V.

ROSAZZA ELECTRICAL CONTRACTORS, INC.

TO: (Name and Address of Defendant)

Rosazza Electrical Contractors, Inc.
P.O. Box 203
Granby, MA 01033

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Aaron D. Krakow
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                    January 12, 2005
CLERK                                           DATE

Mary Finn
BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

DATE



**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618

*Hampshire, ss.*

February 1, 2005

I hereby certify and return that on 1/27/2005 at 08:40 am I served a true and attested copy of the SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to RICHARD ROSAZZA, PRESIDENT, ROSAZZA ELECTRICAL CONTRACTORS, INC. at 25 TROMPKE AVENUE, GRANBY, MA 01033 . In the service hereof, it was necessary and I actually used a motor vehicle 30 miles. Basic Service in hand ($30.00), Conveyance ($4.50), Travel ($16.00), Copies ($2.00), Attest ($10.00) Total Charges $62.50

Deputy Sheriff FRANCIS COTE

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                        Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.