UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 HEALTH & WELFARE FUND, et al <br> Plaintiffs, <br><br> v. <br><br> ROSAZZA ELECTRICAL CONTACTORS, INC. <br> Defendant. | ) ) ) ) ) ) C.A. No. 05-30005-KPN ) ) ) ) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the court send a Notice of Default to the defendant, Rosazza Electrical Contractors, Inc., 25 Trompke Avenue, Granby, MA 01033 in the above-captioned action. Defendant was served with the complaint on January 27, 2005.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

                                            Respectfully submitted,
                                            Aaron D. Krakow
                                            BBO #544424
                                            KRAKOW & SOURIS, LLC
                                            225 Friend Street
                                            Boston, MA 02114   (617) 723-8440
                                             s/ Aaron D. Krakow_____
                                            Attorney for Plaintiffs