**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**TRUSTEES OF IBEW LOCAL NO. 7 HEALTH**
**AND WELFARE FUND, ET AL**
           **Plaintiff**

                                                     **CA 05-30005-KPN**
**V.**


**ROSAZZA ELECTRICAL CONTRACTORS, INC.**
           **Defendant**


**NOTICE OF DEFAULT**

     Upon application of the Plaintiff, **LOCAL 7**, an order of Default for failure of the Defendant, **ROSAZZA ELECTRICAL CONTRACTORS, INC.**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **2ND** day of **MAY, 2005**.

                                                          **TONY ANASTAS**
                                                          **CLERK OF COURT**

                                            **By:**   **/s/ Mary Finn**
                                                          **Deputy Clerk**

**Notice mailed to:  Counsel for Plaintiff**
                              **And Defendant**