UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 HEALTH AND WELFARE FUND, et al.,<br>　　　　　Plaintiffs<br><br>　　v.<br><br>ROSAZZA ELECTRICAL CONTRACTORS, INC.,<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-30005-KPN<br>)<br>)<br>)<br>) |

ORDER
August 17, 2005

Plaintiff filed a complaint in the U.S. District Court on January 12, 2005. A return of service was filed on March 15, 2005. The court allowed Plaintiffs' [3] Motion for Entry of Default, and issued a Notice of Default on May 2, 2005.

Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on September 7, 2005. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

　　　　　　　　　　　　　　By:　/s/ Bethaney A. Healy
　　　　　　　　　　　　　　　　　Bethaney A. Healy
　　　　　　　　　　　　　　　　　Deputy Clerk