UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO. 7 HEALTH )
& WELFARE FUND, et al )
    Plaintiffs, )
     )
v. ) C.A. No. 05-30005-KPN
     )
ROSAZZA ELECTRICAL CONTACTORS, INC. )
 Defendant. ).
_____ )

## VOLUNTARY DISMISSAL

In accordance with a settlement agreement between the parties and Rule 41(a)(1)(i), plaintiffs hereby give notice of voluntary dismissal of this action. As of this date, defendant has neither answered the complaint nor moved for summary judgment.

Date: September 1, 2005       Aaron D. Krakow
                                          BBO #544424
                                          KRAKOW & SOURIS, LLC
                                          225 Friend Street
                                          Boston, MA 02114
                                          (617) 723-8440

                                          /s/ Aaron D. Krakow_____
                                          Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be mailed this date to Rosazza Electrical Contractors, Inc., 25 Trompike Avenue, Granby, MA 01033

                                          /s/ Aaron D. Krakow_____
                                          Aaron D. Krakow